**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Drip Drop Hydration Inc., a Delaware corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>Drip Hydration Ltd., a United Kingdom limited company and Paul Hayes (individual)<br><br>*Defendants.* | Case No. 4:25-cv-02091-JSW<br><br>Hon. Jeffrey S. White<br><br>[PROPOSED] **ORDER RE: JOINT STIPULATION OF VOLUNTARY DISMISSAL (DKT. 93)** |
| Drip Hydration Ltd., a United Kingdom limited company,<br><br>*Counterclaim-Plaintiff,*<br><br>v.<br><br>Drip Drop Hydration Inc., a Delaware corporation,<br><br>*Counterclaim-Defendant.* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This case is DISMISSED, and the Clerk shall close the file.

Dated:  July 6, 2026

_____
Hon. Jeffrey S. White